in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

**No. 67331.**—Transamerican Match Corporation et al. *v.* United States, protests 62/706, etc. (San Juan).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiffs was sustained.

**No. 67332.**—Ernest Greenwood Co. *v.* United States, protests 62/15045, etc. (Mobile).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 9, 1963

**No. 67333.**—American Pecco Corp. *v.* United States, protest 59/2552 (Milwaukee).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

**No. 67334.**—Rex-Spanall, Inc. *v.* United States, protests 60/30106, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 10, 1963

**No. 67335.**—Berkley Machine Co. *v.* United States, protest 62/9990 (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of a window envelope punching machine similar in all material respects to that the subject of *Keer, Maurer Company* v. *United States* (48 Cust. Ct. 205, C.D. 2336), the claim of the plaintiff was sustained.

**No. 67336.**—Audex Associates, Inc. *v.* United States, protests 61/24657 and 61/24658 (New York).

Opinion by LAWRENCE, J. An examination of the official papers disclosing that the protests were filed more than 60 days after liquidation, they were dismissed as untimely, by virtue of section 514, Tariff Act of 1930 (19 U.S.C. § 1514).

**No. 67337.**—Dessy Atco, Inc., et al. *v.* United States, protests 58/3384, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the items marked "A" are similar in use to silk gloves, knit or crocheted; the items marked "B" are similar in use to cotton gloves, made of fabric knit on a warp-knitting or other machine; and the items marked "C" are similar in use to cotton gloves, made of a woven fabric, the merchandise was held dutiable as follows: The items marked "A" at 30 percent under paragraph 1208, as modified by the Japanese Protocol to the General Agreement on Tariffs and Trade (T.D. 53865), supplemented by Presidential proclamation (T.D. 53877), or at $1.50 per dozen pairs, but not less than 30 nor more than 60 percent ad valorem under said para-